U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

MAR 27 2006

ROBERT H. SHEMWELL, CLERK
BY _____
        DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| DALTON WHITE, JR. | CIVIL ACTION NO. 05-0013 |
| -vs- | JUDGE LITTLE |
| JO ANNE B. BARNHART,<br>COMMISSIONER OF SOCIAL SECURITY | |

## JUDGMENT

Before the court is a report and recommendation of the magistrate recommending that the final decision of Jo Anne B. Barnhart, Commissioner of Social Security ("Commissioner"), with respect to appellant Dalton White, Jr. ("White") be affirmed and that White's appeal be denied and dismissed with prejudice [Doc. #11]. White timely filed an objection on 13 February 2006 [#12].[1] After full record review, this court adopts the reasoning and conclusion of the magistrate.

Accordingly, the final decision of the Commissioner with respect to White is AFFIRMED. White's appeal of the denial of his application for disability insurance benefits and supplemental security income benefits under the Social Security Act is DENIED AND DISMISSED WITH PREJUDICE.

Alexandria, Louisiana
26 March 2006

F.A. LITTLE, JR.
UNITED STATES DISTRICT JUDGE

---

[1] This court shall make a *de novo* determination of those portions of the report or specified proposed findings or recommendations to which objection is made and may accept, reject, or modify, in whole or in part, the findings or recommendations by the magistrate. See 28 U.S.C. § 636(b)(1); LR 74.1W(B); United States v. Wilson, 864 F.2d 1219, 1221 (5th Cir. 1989). The district court is not, however, required to reiterate the findings and conclusions of the magistrate if found to be correct. See Warren v. Miles, 230 F.3d 688, 694-95 (5th Cir. 2000); Koetting v. Thompson, 995 F.2d 37, 40 (5th Cir. 1993).